Case 3:19-cr-00153 Document 1 Filed 06/18/19 Page 1 of 4 PageID #: 1



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
JUNE 18, 2019 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19-cr-00153

STEVEN DALE McCALLISTER

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

**I N D I C T M E N T**

The Grand Jury Charges:

## COUNT ONE
### (Possession with Intent to Distribute Fentanyl)

On or about June 12, 2019, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN DALE MCCALLISTER knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
**(Possession with Intent to Distribute Methamphetamine)**

On or about June 12, 2019, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN DALE MCCALLISTER knowingly and intentionally possessed with intent to distribute 50 grams or more of mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
### (Possession of Firearm in Furtherance of Drug Trafficking)

On or about June 12, 2019, at or near Barboursville, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN DALE McCALLISTER did knowingly possess a loaded Smith and Wesson, Model 686, .357 magnum revolver in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, a violation of 21 U.S.C. § 841(a)(1), that is, possession with intent to distribute fentanyl and methamphetamine.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR
### (Felon in Possession of a Firearm)

1. On or about June 12, 2019, at or near Barboursville, Cabell County, West Virginia, within the Southern District of West Virginia, defendant STEVEN DALE McCALLISTER did knowingly possess a firearm in and affecting interstate commerce, that is, a loaded Smith and Wesson, Model 686, .357 magnum revolver.

2. At the time defendant possessed the aforesaid firearm, he knew he had been convicted of crimes punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is:

   a. convicted on or about May 14, 2001, in the Court of Common Pleas, Franklin County, Ohio, of attempted robbery, in violation of Ohio Revised Code §§ 2923.02 and 2911.02;

   b. convicted on or about November 18, 2003, in the Circuit Court of Cabell County, West Virginia, of uttering, in violation of W. Va. Code § 61-4-5; and,

   c. convicted on or about September 8, 2008, in the United States District Court for the Southern District of West Virginia, of the felony offense of felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

MICHAEL B. STUART
United States Attorney

By: *R. C____*
R. GREGORY McVEY
Assistant United States Attorney